THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAM S. GLAUBER, INC., Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Defendants.— Sam S. Glauber, Inc., is reviewing a determination made by the State Tax Commission which disallowed ninety per cent of the interest paid to stockholders upon indebtedness owing to them. This is the statute which we have dealt with frequently, section 208 of the Tax Law. It was amended in 1937█ so that ninety per cent of the interest was deducted rather than the entire amount. So far as may be seen, it is the identical question which we determined in *People ex rel. Retsof Mining Co.* v. *Graves* (255 App. Div. 921) in which leave to appeal to the Court of Appeals was denied (280 N. Y. 853), and concerning which the brief of the State says that an appeal to the Supreme Court of the United States was dismissed on October 9, 1939. (See 308 U. S. ——.) Determination of the State Tax Commission confirmed, with fifty dollars costs and disbursements. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

MARIE I. GAYLORD, as Administratrix, etc., of CHARLES A. GAYLORD, Deceased, Respondent, v. B. T. BABBITT, INC., Appellant.— Defendant has appealed from an order directing its examination before trial as an adverse party and has also appealed from so much of the order as denies its request to compel plaintiff to reply to an affirmative defense of a release pending plaintiff's examination. The action is brought by plaintiff as administratrix of her deceased husband in which it is alleged that defendant violated various provisions of the Labor Law as a result of which plaintiff's husband contracted silicosis which caused his death. The matters upon which plaintiff seeks to examine defendant are necessary in order for plaintiff to establish her cause of action. The order appealed from is affirmed, with ten dollars costs and disbursements, on the authority of *Brand* v. *Butts* (242 App. Div. 149); *Breault* v. *Embossing Company, Inc.* (253 id. 175). The examination is directed to be held before the justice presiding at the Special Term to be held at the court house in the city of Albany on the fourth Friday of January, 1940, at the opening of court on that day and at such other times and places as the justice at such Special Term may direct and defendant by its officers named in the order appealed from is directed to attend before the justice presiding at the Special Term indicated and at such adjourned dates thereof as such justice may fix for examination before trial on the part of plaintiff pursuant to article 29 of the Civil Practice Act and the Rules of Civil Practice. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

HENRY R. DECKER, Respondent, v. GEORGE CANZONERI, Appellant, and TONY CANZONERI, Defendant.— Appeal from a judgment entered on the 23d day of February, 1939, in favor of the respondent and against the appellant foreclosing a mechanic's lien upon certain premises of the appellant and fixing the amount due upon said mechanic's lien in the sum of $3,622.05, toegther with interest, amounting to the total sum of $4,211.84, together with $430.90 costs, and directing the sale of the property pursuant to such judgment of foreclosure. The issues were tried and determined by an official referee, whose findings are amply supported by the evidence. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.